UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-23737-BLOOM/Louis

ADIA SIMMONS, *on behalf of herself
and all other similarly situated individuals*,

    Plaintiff,

v.

TWIN 918 INC., EXECUTIVE MANAGEMENT
& CONSULTANTS INTERNATIONAL, LLC,
and AKINYELE ADAMS,

    Defendants.
_____/

## FINAL DEFAULT JUDGMENT

**THIS CAUSE** is before the Court following the Court's Order on Motion for Final Default Judgment, ECF No. [27] ("Order"). For the reasons set forth in the Court's Order, it is **ORDERED AND ADJUDGED**:

1. Judgment is entered **IN FAVOR OF PLAINTIFF** Adia Simmons and against Defendant Executive Management & Consultants International, LLC on all claims, in accordance with Rule 58 of the Federal Rules of Civil Procedure.

2. Defendant is directed to return the sum of **$327,392.93**, comprised of $318,254.00 in damages, $8,319.25 in attorneys' fees, and $819.68 in costs.

3. This judgment shall bear interest at the rate prescribed by 28 U.S.C. § 1961, and shall be enforceable as prescribed by Fed. R. Civ. P. 69(a).

4. The Court reserves jurisdiction to enter further orders that are proper.

5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 19-cv-23737-BLOOM/Louis

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 27, 2019.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record

Executive Management & Consultants International, LLC
c/o Registered Agent: John Holder
777 NW 51st Street
Suite 116
Boca Raton, FL 33431

Executive Management & Consultants International, LLC
Registered Agent: John Holder
455 NE 5th Ave, #427
Delray Beach, FL 33483